1

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE DISTRICT OF ARIZONA**

8

9  Armida Fimbres,                              No. CV-17-00031-TUC-RM

10            Plaintiff,                        **ORDER**

11  v.

12  Lorna Sweet, et al.,

13            Defendants.

14

15        On March 1, 2017, the Parties filed a Stipulation of Voluntary Dismissal (Doc. 5).

16  The Stipulation's proposed order indicates the Parties request dismissal with prejudice

17  (*see* Doc 5-1).

18        Accordingly, **IT IS HEREBY ORDERED** that:

19        1.    Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. 2)

20  and Defendants' Motion for Summary Judgment (Doc. 4) are **denied as moot**.

21        2.    The Parties' Stipulation of Voluntary Dismissal (Doc. 5) is **approved**. This

22  matter is **dismissed with prejudice**. The Clerk of Court is directed to close this case.

23        Dated this 2nd day of March, 2017.

24

25

26                                              _____
                                                Honorable Rosemary Marquez
27                                              United States District Judge

28